| | |
|---|---|
| 1  JAMES G. GILLILAND, JR. (SBN 107988)<br>jgilliland@kilpatricktownsend.com | WILLIAM E. MOSLEY (SBN 280495)<br>wmosley@kilpatricktownsend.com |
| 2  MAUREEN A. SHEEHY (SBN 129859)<br>msheehy@kilpatricktownsend.com | MATTHEW J. MEYER (SBN 284578)<br>mmeyer@kilpatricktownsend.com |
| 3  BENJAMIN KLEINMAN-GREEN (SBN 261846)<br>bkleinman-green@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP |
| 4  KILPATRICK TOWNSEND & STOCKTON LLP<br>Two Embarcadero Center, 8th Floor | 1080 Marsh Road<br>Menlo Park, CA  94025 |
| 5  San Francisco, CA  94111<br>Telephone: (415) 576-0200 | Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 |
| 6  Facsimile: (415) 576-0300 | |

7   OSHA NEUMANN (SBN 127215)
    oshaneumann@gmail.com
8   CHRISTOPHER A. DOUGLAS (SBN 239556)
    cdouglas@ebclc.org
9   ELISA DELLA-PIANA (SBN 226462)
    edellapiana@ebclc.org
10  EAST BAY COMMUNITY LAW CENTER
    3130 Shattuck Avenue
11  Berkeley, CA 94705
    Telephone:  (510) 269-6611
12  Facsimile:  (510) 849-1536

    PATRICIA E. WALL (SBN 142476)
    pwall@homelessactioncenter.org
    DAVID WAGGONER (SBN 242519)
    dwaggoner@homelessactioncenter.org
    RON HOCHBAUM (SBN 282344)
    rhochbaum@homelessactioncenter.org
    HOMELESS ACTION CENTER
    3126 Shattuck Avenue
    Berkeley, CA 94705
    Telephone:  (510) 540-0878
    Facsimile:  (510) 540-0403

13  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE CODY; PATRICIA MOORE; ROBERT WHARTON; APRIL ANTHONY; LARRY CABRERA; JOSEPH ROSE; STEPHANIE RINGSTAD; ALEXANDER RICHARD WILSON, TAMURA ROBINSON, PHILIP WILLIAM LEWIS and ALBANY HOUSING ADVOCATES, a California non-profit public benefit corporation<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ALBANY; ALBANY POLICE DEPARTMENT; and MIKE MCQUISTON, in his official capacity as Chief of Police,<br><br>Defendants. | CASE NO. C13-5270 CRB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |




DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: November 12, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
MAUREEN A. SHEEHY

Attorneys for Plaintiffs

65740785v1



DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.
65740785V.1

- 1 -