IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE CODY, et al.,

    Plaintiffs,

    v.

CITY OF ALBANY, et al.,

    Defendants.

                               /

No. C 13-05270 CRB

**ORDER SETTING BRIEFING AND HEARING SCHEDULE**

The Court is in receipt of an ex parte Motion for Temporary Restraining Order ("TRO") filed by Plaintiffs (homeless individuals and Albany Housing Advocates, a non-profit organization), asking the Court to halt a plan by Defendants (the City of Albany, the Albany Police Department, and the Albany Chief of Police) to evict homeless residents from the Albany Bulb, a 40 acre parcel of land upon which Plaintiffs have set up temporary shelters. See TRO (dkt. 3).[1]  The TRO asserts that the City plans to start evicting residents, seizing their belongings, and demolishing their shelters in "less than ten days." Id. at 2.[2] Accordingly, in the interest of resolving this dispute expeditiously, the Court hereby

---

[1] Plaintiffs have not yet filed their supporting documents electronically, but the Court understands that they intend to do so shortly.

[2] The TRO suggests that the evictions will not take place until the City's communal trailers – a measure intended to mitigate the harm of the evictions – are ready, an event that could occur "as soon as November 15, 2013." Id. at 3.

ORDERS Defendants to file a response to the TRO by 5:00 PM Friday, November 15, 2013, and SETS a hearing in this matter for 2:00 PM on Monday, November 18, 2013.

**IT IS SO ORDERED.**

Dated: November 14, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE