IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CODY, ET AL., | No. C 13-05270 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF ALBANY, ET AL., | |
| Defendants. / | |

Plaintiffs filed suit in this civil rights case on November 13, 2013. The Complaint sets forth constitutional, federal law, and state law claims related to the City of Albany's plan to evict an encampment of people who are otherwise homeless from a 40 acre tip of a former landfill known as "the bulb." See Compl. (dkt. 1) ¶ 1. Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue. Dkt. 3. Plaintiffs seek a Temporary Restraining Order to enjoin the City of Albany from evicting residents of the bulb. The Court, having thoroughly reviewed the papers and declarations, and having considered the arguments made at hearing finds that Plaintiffs have failed to establish likelihood of success on the merits. Accordingly, the Court DENIES the application.

**IT IS SO ORDERED.**

Dated: November 18, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE