1  JAMES G. GILLILAND, JR. (SBN 107988)         WILLIAM E. MOSLEY (SBN 280495)
   jgilliland@kilpatricktownsend.com              wmosley@kilpatricktownsend.com
2  MAUREEN A. SHEEHY (SBN 129859)               MATTHEW J. MEYER (SBN 284578)
   msheehy@kilpatricktownsend.com                 mmeyer@kilpatricktownsend.com
3  BENJAMIN KLEINMAN-GREEN (SBN 261846)         KILPATRICK TOWNSEND & STOCKTON
   bkleinman-green@kilpatricktownsend.com         LLP
4  KILPATRICK TOWNSEND & STOCKTON LLP           1080 Marsh Road
   Two Embarcadero Center, 8th Floor             Menlo Park, CA  94025
5  San Francisco, CA  94111                      Telephone:  (650) 326-2400
   Telephone:  (415) 576-0200                    Facsimile:   (650) 326-2422
6  Facsimile:  (415) 576-0300

7  OSHA NEUMANN (SBN 127215)                    PATRICIA E. WALL (SBN 142476)
   oshaneumann@gmail.com                         pwall@homelessactioncenter.org
8  ELISA DELLA-PIANA (SBN 226462)               DAVID P. WAGGONER (SBN 242519)
   edellapiana@ebclc.org                         dwaggoner@homelessactioncenter.org
9  CHRISTOPHER A. DOUGLAS (SBN 239556)          RON S. HOCHBAUM (SBN 282344)
   cdouglas@ebclc.org                            rhochbaum@homelessactioncenter.org
10 EAST BAY COMMUNITY LAW CENTER                HOMELESS ACTION CENTER
   3130 Shattuck Avenue                          3126 Shattuck Avenue
11 Berkeley, CA 94705                            Berkeley, CA 94705
   Telephone:  (510) 269-6615                    Telephone: (510) 540-0878
12 Facsimile:  (510) 849-1536                    Facsimile: (510) 540-0403

13
   Attorneys for Plaintiffs
14

15                        **UNITED STATES DISTRICT COURT**

16                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18 KATHERINE CODY; PATRICIA MOORE; ROBERT WHARTON; APRIL ANTHONY; LARRY CABRERA; JOSEPH ROSE; STEPHANIE RINGSTAD; ALEXANDER RICHARD WILSON, TAMARA ROBINSON, PHILIP WILLIAM LEWIS and ALBANY HOUSING ADVOCATES, a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ALBANY; ALBANY POLICE DEPARTMENT; and MIKE MCQUISTON, in his official capacity as Chief of Police;<br><br>    Defendants. | **CASE NO. C 13-05270 CRB**<br><br>**STIPULATION AND ORDER REGARDING AMENDMENT TO COMPLAINT AND TIMING OF RESPONSIVE PLEADING** |



STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO COMPLAINT
AND TIMING OF RESPONSIVE PLEADING
CASE NO. C 13-05270 CRB

1
2  Plaintiffs Katherine Cody, Patricia Moore, Robert Wharton, April Anthony, Larry Cabrera,
3 Joseph Rose, Stephanie Ringstad, Alexander Wilson, Tamara Robinson and Phillip Lewis, and
4 Albany Housing Advocates (collectively, "Plaintiffs") and Defendants the City of Albany, Albany
5 Police Department, and Mike McQuiston, in his official capacity as Chief of Police, (collectively,
6 "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:
7  WHEREAS Plaintiffs filed a Complaint in this matter on November 13, 2013 and served it
8 on Defendants that same day;
9  WHEREAS Defendants have not yet filed or served a response to the Complaint;
10  WHEREAS Plaintiffs desire to amend the Complaint to reflect new facts, revise the
11 asserted causes of action, add new plaintiffs and/or claims for relief, and otherwise take into
12 account developments since the Complaint was filed;
13  WHEREAS Fed. R. Civ. P. 15 provides this Court with broad discretion to allow amended
14 pleadings and to schedule responses to those pleadings;
15  WHEREAS an initial case management conference is scheduled for February 14, 2014,
16 and the Parties do not now seek to change that date;
17  WHEREAS Defendants do not object to Plaintiffs filing an amended complaint,
18  THEREFORE, Plaintiffs and Defendants stipulate and agree on the following, and request
19 an Order permitting (1) Plaintiffs to file a First Amended Complaint on or by December 16, 2013,
20 and (2) Defendants to respond to this amended complaint no later than January 20, 2014.
21
22 Dated: December 3, 2013           Respectfully submitted,

                                    KILPATRICK TOWNSEND & STOCKTON LLP
23
24
25                                  By: /s/ *Maureen A. Sheehy*
                                        MAUREEN A SHEEHY
26                                      Attorneys for Plaintiffs
27
28



STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO COMPLAINT
AND TIMING OF RESPONSIVE PLEADING
CASE NO. C 13-05270 CRB                                                    - 1 -

| | |
|---|---|
| Dated: December 3, 2013 | Respectfully submitted,<br><br>RICHARDS, WATSON & GERSHON<br><br><br>By: /s/ *Toussaint S. Bailey*<br>TOUSSAINT S. BAILEY<br>Attorneys for Defendants |

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Maureen A Sheehy, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December 2013, at San Francisco, California.

/s/ *Maureen A. Sheehy*
Maureen A. Sheehy



STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO COMPLAINT
AND TIMING OF RESPONSIVE PLEADING
CASE NO. C 13-05270 CRB - 2 -

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 6, 201





STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO COMPLAINT
AND TIMING OF RESPONSIVE PLEADING
CASE NO. C 13-05270 CRB                                                                                                          - 3 -