| | |
|---|---|
| JAMES G. GILLILAND, JR. (SBN 107988) | WILLIAM E. MOSLEY (SBN 280495) |
| jgilliland@kilpatricktownsend.com | wmosley@kilpatricktownsend.com |
| MAUREEN A. SHEEHY (SBN 129859) | MATTHEW J. MEYER (SBN 284578) |
| msheehy@kilpatricktownsend.com | mmeyer@kilpatricktownsend.com |
| BENJAMIN KLEINMAN-GREEN (SBN 261846) | KILPATRICK TOWNSEND & STOCKTON LLP |
| bkleinman-green@kilpatricktownsend.com | 1080 Marsh Road |
| KILPATRICK TOWNSEND & STOCKTON LLP | Menlo Park, CA 94025 |
| Two Embarcadero Center, 8th Floor | Telephone: (650) 326-2400 |
| San Francisco, CA 94111 | Facsimile: (650) 326-2422 |
| Telephone: (415) 576-0200 | |
| Facsimile: (415) 576-0300 | |
| | |
| OSHA NEUMANN (SBN 127215) | PATRICIA E. WALL (SBN 142476) |
| oshaneumann@gmail.com | pwall@homelessactioncenter.org |
| ELISA DELLA-PIANA (SBN 226462) | DAVID P. WAGGONER (SBN 242519) |
| edellapiana@ebclc.org | dwaggoner@homelessactioncenter.org |
| CHRISTOPHER A. DOUGLAS (SBN 239556) | RON S. HOCHBAUM (SBN 282344) |
| cdouglas@ebclc.org | rhochbaum@homelessactioncenter.org |
| EAST BAY COMMUNITY LAW CENTER | HOMELESS ACTION CENTER |
| 3130 Shattuck Avenue | 3126 Shattuck Avenue |
| Berkeley, CA 94705 | Berkeley, CA 94705 |
| Telephone: (510) 269-6615 | Telephone: (510) 540-0878 |
| Facsimile: (510) 849-1536 | Facsimile: (510) 540-0403 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CODY; PATRICIA MOORE; ROBERT WHARTON; APRIL ANTHONY; LARRY CABRERA; JOSEPH ROSE; STEPHANIE RINGSTAD; ALEXANDER RICHARD WILSON, TAMARA ROBINSON, PHILIP WILLIAM LEWIS and ALBANY HOUSING ADVOCATES, a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ALBANY; ALBANY POLICE DEPARTMENT; and MIKE MCQUISTON, in his official capacity as Chief of Police;<br><br>    Defendants. | **CASE NO. C 13-05270 CRB**<br><br>**STIPULATION AND ORDER REGARDING AMENDMENT TO COMPLAINT AND TIMING OF RESPONSIVE PLEADING** |



STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO COMPLAINT
AND TIMING OF RESPONSIVE PLEADING
CASE NO. C 13-05270 CRB

Plaintiffs Katherine Cody, Patricia Moore, Robert Wharton, April Anthony, Larry Cabrera, Joseph Rose, Stephanie Ringstad, Alexander Wilson, Tamara Robinson and Phillip Lewis, and Albany Housing Advocates (collectively, "Plaintiffs") and Defendants the City of Albany, Albany Police Department, and Mike McQuiston, in his official capacity as Chief of Police, (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiffs filed a Complaint in this matter on November 13, 2013 and served it on Defendants that same day;

WHEREAS Defendants have not yet filed or served a response to the Complaint;

WHEREAS Plaintiffs desire to amend the Complaint to reflect new facts, revise the asserted causes of action, add new plaintiffs and/or claims for relief, and otherwise take into account developments since the Complaint was filed;

WHEREAS Fed. R. Civ. P. 15 provides this Court with broad discretion to allow amended pleadings and to schedule responses to those pleadings;

WHEREAS an initial case management conference is scheduled for February 14, 2014, and the Parties do not now seek to change that date;

WHEREAS Defendants do not object to Plaintiffs filing an amended complaint,

THEREFORE, Plaintiffs and Defendants stipulate and agree on the following, and request an Order permitting (1) Plaintiffs to file a First Amended Complaint on or by December 16, 2013, and (2) Defendants to respond to this amended complaint no later than January 20, 2014.

Dated: December 3, 2013                Respectfully submitted,

                                       KILPATRICK TOWNSEND & STOCKTON LLP


                                       By: /s/ *Maureen A. Sheehy*
                                           MAUREEN A SHEEHY
                                           Attorneys for Plaintiffs



Dated: December 3, 2013  Respectfully submitted,

RICHARDS, WATSON & GERSHON


By: /s/ *Toussaint S. Bailey*
    TOUSSAINT S. BAILEY
    Attorneys for Defendants

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Maureen A Sheehy, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December 2013, at San Francisco, California.

/s/ *Maureen A. Sheehy*
Maureen A. Sheehy



1

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5      DATED:  December 6, 201



