United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CODY, et al., | No. C -13-05270(EDL) |
| Plaintiffs, | **ORDER WAIVING PHOTO IDENTIFICATION REQUIREMENT** |
| v. | |
| CITY OF ALBANY, et al., | |
| Defendants. | |

For the purposes of a settlement conference set for April 2, 2014, at 9:30 a.m., on the fifteenth floor of the Phillip Burton Federal Building and United States Courthouse, the Court waives the photo identification requirement for entry into the building for the following Plaintiffs: Katherine Cody; Patricia Moore; April Anthony; Joseph Rose; Stephanie Ringstad; Alexander Wilson; Tamara Robinson; Phillip Lewis; Amber Whitson; Bob Anderson; Chester Hill; Danielle Evans; David Justus; Glenn Bachelder; Joseph Walter, Jr.; Marc Mattonen; Michael Nelson; Thomas Barnett; James Bailey; Kristopher Sullivan; Lewanda Parnell; Anthony Beamon; Zuber Awad; Chris Duncan; and Jermain Coleman.

**IT IS SO ORDERED.**

Dated: March 31, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge