| | |
|---|---|
| JAMES G. GILLILAND, JR. (SBN 107988) | WILLIAM E. MOSLEY (SBN 280495) |
| jgilliland@kilpatricktownsend.com | wmosley@kilpatricktownsend.com |
| MAUREEN A. SHEEHY (SBN 129859) | MATTHEW J. MEYER (SBN 284578) |
| msheehy@kilpatricktownsend.com | mmeyer@kilpatricktownsend.com |
| BENJAMIN KLEINMAN-GREEN (SBN 261846) | KILPATRICK TOWNSEND & STOCKTON LLP |
| bkleinman-green@kilpatricktownsend.com | 1080 Marsh Road |
| KILPATRICK TOWNSEND & STOCKTON LLP | Menlo Park, CA  94025 |
| Two Embarcadero Center, 8th Floor | Telephone:  (650) 326-2400 |
| San Francisco, CA  94111 | Facsimile:   (650) 326-2422 |
| Telephone: (415) 576-0200 | |
| Facsimile:  (415) 576-0300 | |
| OSHA NEUMANN (SBN 127215) | PATRICIA E. WALL (SBN 142476) |
| oshaneumann@gmail.com | pwall@homelessactioncenter.org |
| ELISA DELLA-PIANA (SBN 226462) | DAVID P. WAGGONER (SBN 242519) |
| edellapiana@ebclc.org | dwaggoner@homelessactioncenter.org |
| CHRISTOPHER A. DOUGLAS (SBN 239556) | RON S. HOCHBAUM (SBN 282344) |
| cdouglas@ebclc.org | rhochbaum@homelessactioncenter.org |
| EAST BAY COMMUNITY LAW CENTER | HOMELESS ACTION CENTER |
| 3130 Shattuck Avenue | 3126 Shattuck Avenue |
| Berkeley, CA 94705 | Berkeley, CA 94705 |
| Telephone:  (510) 269-6615 | Telephone: (510) 540-0878 |
| Facsimile:   (510) 849-1536 | Facsimile: (510) 540-0403 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CODY; PATRICIA MOORE; ROBERT WHARTON; APRIL ANTHONY; LARRY CABRERA; JOSEPH ROSE; STEPHANIE RINGSTAD; ALEXANDER WILSON; TAMARA ROBINSON; PHILLIP LEWIS; AMBER WHITSON; BOB ANDERSON; CHESTER HILL; DANIELLE EVANS; DAVID JUSTUS; DONALD BOWEN; GLENN BACHELDER; JOSEPH WALTER, JR.; MARC MATTONEN; MICHAEL NELSON; THOMAS BARNETT; GARY AMAR; JAMES BAILEY; KRISTOPHER SULLIVAN; LEWANDA PARNELL; ANTHONY BEAMON; ZUBER AWAD; CHRIS DUNCAN; JERMAIN COLEMAN; and ALBANY HOUSING ADVOCATES, a California non-profit public benefit corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF ALBANY; ALBANY POLICE DEPARTMENT; and MIKE MCQUISTON, in his official capacity as Chief of Police,<br><br>   Defendants. | **CASE NO. 3:13-CV-5270-CRB**<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE AND ORDER** |



STIPULATED DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER
CASE NO. CASE NO. 3:13-CV-5270-CRB

1

2   Plaintiffs Katherine Cody, Larry Cabrera, Stephanie Ringstad, Alexander Wilson, Tamara
Robinson, Phillip Lewis, Amber Whitson, Gary Amar and Albany Housing Advocates ("Non-Settling Plaintiffs") and Defendants City of Albany, Albany Police Department and Mike McQuiston stipulate that all claims for relief asserted by Non-Settling Plaintiffs in the First Amended Complaint be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED: April 29, 2014        KILPATRICK TOWNSEND & STOCKTON LLP


                             By: /s/ Maureen A. Sheehy
                                 MAUREEN A. SHEEHY
                                 Attorneys for Plaintiffs

DATED: April 29, 2014        EAST BAY COMMUNITY LAW CENTER


                             By: /s/ Osha Neumann
                                 OSHA NEUMANN
                                 Attorneys for Plaintiffs

DATED: April 29, 2014        HOMELESS ACTION CENTER


                             By: /s/ Patricia E. Wall
                                 PATRICIA E. WALL
                                 Attorneys for Plaintiffs

DATED: April 29, 2014        RICHARDS, WATSON & GERSHON
                                A Professional Corporation
                             GREGORY W. STEPANICICH
                             T. PETER PIERCE
                             TOUSSAINT S. BAILEY

                             By: /s/ Toussaint S. Bailey
                                 TOUSSAINT S. BAILEY
                                 Attorneys for Defendants



STIPULATED DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER
CASE NO. CASE NO. 3:13-CV-5270-CRB                                       - 1 -

## ORDER

All claims for relief asserted by Plaintiffs Katherine Cody, Larry Cabrera, Stephanie Ringstad, Alexander Wilson, Tamara Robinson, Phillip Lewis, Amber Whitson, Gary Amar and Albany Housing Advocates in the First Amended Complaint are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _May 2, 2014



_____
CHARLES R. BREYER
United States District Judge



STIPULATED DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER
CASE NO. CASE NO. 3:13-CV-5270-CRB — - 2 -