1  JAMES G. GILLILAND, JR. (SBN 107988)         WILLIAM E. MOSLEY (SBN 280495)
   jgilliland@kilpatricktownsend.com             wmosley@kilpatricktownsend.com
2  MAUREEN A. SHEEHY (SBN 129859)               MATTHEW J. MEYER (SBN 284578)
   msheehy@kilpatricktownsend.com                mmeyer@kilpatricktownsend.com
3  BENJAMIN KLEINMAN-GREEN (SBN 261846)         KILPATRICK TOWNSEND & STOCKTON
   bkleinman-green@kilpatricktownsend.com        LLP
4  KILPATRICK TOWNSEND & STOCKTON LLP           1080 Marsh Road
   Two Embarcadero Center, 8th Floor             Menlo Park, CA  94025
5  San Francisco, CA  94111                      Telephone:  (650) 326-2400
   Telephone:  (415) 576-0200                    Facsimile:   (650) 326-2422
6  Facsimile:   (415) 576-0300

7  OSHA NEUMANN (SBN 127215)                    PATRICIA E. WALL (SBN 142476)
   oshaneumann@gmail.com                         pwall@homelessactioncenter.org
8  ELISA DELLA-PIANA (SBN 226462)               DAVID P. WAGGONER (SBN 242519)
   edellapiana@ebclc.org                         dwaggoner@homelessactioncenter.org
9  CHRISTOPHER A. DOUGLAS (SBN 239556)          RON S. HOCHBAUM (SBN 282344)
   cdouglas@ebclc.org                            rhochbaum@homelessactioncenter.org
10 EAST BAY COMMUNITY LAW CENTER                HOMELESS ACTION CENTER
   3130 Shattuck Avenue                          3126 Shattuck Avenue
11 Berkeley, CA 94705                            Berkeley, CA 94705
   Telephone:  (510) 269-6615                    Telephone: (510) 540-0878
12 Facsimile:   (510) 849-1536                   Facsimile: (510) 540-0403

13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CODY; PATRICIA MOORE; ROBERT WHARTON; APRIL ANTHONY; LARRY CABRERA; JOSEPH ROSE; STEPHANIE RINGSTAD; ALEXANDER WILSON; TAMARA ROBINSON; PHILLIP LEWIS; AMBER WHITSON; BOB ANDERSON; CHESTER HILL; DANIELLE EVANS; DAVID JUSTUS; DONALD BOWEN; GLENN BACHELDER; JOSEPH WALTER, JR.; MARC MATTONEN; MICHAEL NELSON; THOMAS BARNETT; GARY AMAR; JAMES BAILEY; KRISTOPHER SULLIVAN; LEWANDA PARNELL; ANTHONY BEAMON; ZUBER AWAD; CHRIS DUNCAN; JERMAIN COLEMAN; and ALBANY HOUSING ADVOCATES, a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ALBANY; ALBANY POLICE DEPARTMENT; and MIKE MCQUISTON, in his official capacity as Chief of Police,<br><br>    Defendants. | **CASE NO. 3:13-CV-5270-CRB**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |



STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER
CASE NO. CASE NO. 3:13-CV-5270-CRB

1
2   Plaintiffs Patricia Moore, Robert Wharton, April Anthony, Joseph Rose, Bob Anderson,
3 Chester Hill, Danielle Evans, David Justus, Donald Bowen, Glenn Bachelder, Joseph Walter, Jr.,
4 Marc Mattonen, Michael Nelson, Thomas Barnett, James Bailey, Kristopher Sullivan, Lewanda
5 Parnell, Anthony Beamon, Zuber Awad, Chris Duncan and Jermain Coleman ("Settling
6 Plaintiffs") and Defendants City of Albany, Albany Police Department and Mike McQuiston
7 stipulate that all claims for relief asserted by Settling Plaintiffs in the First Amended Complaint be
8 dismissed with prejudice, each party to bear its own costs and attorneys' fees.
9   Notwithstanding dismissal of this action, Settling Plaintiffs and Defendants stipulate and
10 request that the Court retain jurisdiction to resolve any disputes regarding implementation of the
11 Settlement Agreement executed by the Defendants and the Settling Parties.

DATED:  April 29, 2014         KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Maureen A. Sheehy*
       MAUREEN A. SHEEHY
       Attorneys for Plaintiffs

DATED:  April 29, 2014         EAST BAY COMMUNITY LAW CENTER

By:  */s/ Osha Neumann*
       OSHA NEUMANN
       Attorneys for Plaintiffs

DATED:  April 29, 2014         HOMELESS ACTION CENTER

By: */s/ Patricia E. Wall*
       PATRICIA E. WALL
       Attorneys for Plaintiffs



1

2  DATED: April 29, 2014            RICHARDS, WATSON & GERSHON
                                      A Professional Corporation
3                                   GREGORY W. STEPANICICH
                                    T. PETER PIERCE
4                                   TOUSSAINT S. BAILEY

5

6                                   By: */s/ Toussaint S. Bailey*
                                        TOUSSAINT S. BAILEY
7                                       Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER
CASE NO. CASE NO. 3:13-CV-5270-CRB                                              - 2 -

## ORDER

All claims for relief asserted by Plaintiffs Patricia Moore, Robert Wharton, April Anthony, Joseph Rose, Bob Anderson, Chester Hill, Danielle Evans, David Justus, Donald Bowen, Glenn Bachelder, Joseph Walter, Jr., Marc Mattonen, Michael Nelson, Thomas Barnett, James Bailey, Kristopher Sullivan, Lewanda Parnell, Anthony Beamon, Zuber Awad, Chris Duncan and Jermain Coleman in the First Amended Complaint are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

The Court retains jurisdiction to oversee compliance with the terms of the Settlement Agreement and to resolve any motions brought to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

**IT IS SO ORDERED.**

DATED: May 5, 2014

